ANTHONY DALEY *v.* WESLEYAN UNIVERSITY

The plaintiff's petition for certification for appeal from the Appellate Court, 63 Conn. App. 119 (AC 18983), is denied.

*Jacques J. Parenteau,* in support of the petition.

*Felix J. Springer* and *Kenneth W. Gage,* in opposition.

Decided June 14, 2001

CLAUDIA WALTER ET AL. *v.* STATE OF
CONNECTICUT, SERVICES
FOR THE BLIND

The plaintiffs' petition for certification for appeal from the Appellate Court, 63 Conn. App. 1 (AC 19754), is denied.

*Brian W. Prucker,* in support of the petition.

*Philip M. Schulz,* assistant attorney general, in opposition.

Decided June 14, 2001